**FILED**

03/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0053

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 20-0053

A & A CONSTRUCTION, INC.,

Plaintiff and Appellant,

v.

ATLANTIC CASUALTY INSURANCE COMPANY

Defendant-Appellee,

## GRANT OF EXTENSION

Upon consideration of Appellant's motion for an extension of time, and good cause appearing therefore, Appellant is granted an extension of time to April 8, 2020, within which to prepare, serve and file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 4 2020